IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01321-CMA-KLM

BRANDON KILLINGS,

   Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, L.L.C., a Delaware limited liability company,

   Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's **Unopposed Motion for Leave to File Amended Answer and Affirmative Defenses Pursuant to Fed. R. Civ. P. 15(a)(2)** [Docket No. 24; Filed September 23, 2011] (the "Motion"). The Motion is timely filed. *Sched. Ord.*, Docket No. 22 at 6 (setting deadline for amendment of pleadings as October 7, 2011).

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Clerk of Court is directed to enter the Amended Answer and Affirmative Defenses located at Docket No. 24-1, effective as of the date of this Minute Order.

   Dated: September 26, 2011